# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TINA ULM, et al., *individually and on behalf of all others similarly situated*, | ) ) ) | CASE NO. 5:23-cv-213 |
| PLAINTIFFS, | ) ) | JUDGE SARA LIOI |
| v. | ) ) ) | **JUDGMENT ENTRY** |
| ARTEMIS CARE LLC, et al., | ) ) ) ) | |
| DEFENDANTS. | ) | |

For reasons set forth in the contemporaneously filed memorandum opinion and order, the claims in plaintiffs' complaint are dismissed with prejudice, and this case is closed.

**IT IS SO ORDERED**.

Dated: January 12, 2024

**HONORABLE SARA LIOI**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**